DONNA L. BEATTY,
Attorney for Plaintiff
Attorney At Law
421 W. Riverside, Suite 670
Spokane, WA 99201
(509) 928-7414

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

Seek, Gregory R., Seek Roxanne J, Gregory Ronald Seek d/b/a Creative Rock Landscape, d/b/a TRS Construction

NO.: 0502875-PCW7

Motion for Relief From Automatic Stay as to Property of the Debtors

## I. PRELIMINARY STATEMENT

1.1 Ryan and Holly Baddeley, by and through their undersigned attorney, Donna Beatty, moves that the court enter an Order granting Ryan and Holly Baddeley relief from the automatic stay imposed by 11 U.S.C. § 362 to allow Ryan and Holly Baddeley to obtain a judgment against the debtors in order to collect on the debtor's Contractors Registration Bond.

1.2 The Debtors are indebted to Ryan and Holly Baddeley, (hereinafter referred to as "Baddeleys") in unliquidated amount of $49,000. On June 16, 2004, a lawsuit was brought in the Superior Court of the State of Washington,

Motion for Relief from Automatic Stay
Page 1

FILED
MAY - 9 2005
T.S. McGREGOR, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

DONNA L. BEATTY
Attorney at Law
421 W. Riverside #610
Spokane, WA 99201
(509) 928-7414

05-02875-PCW7    Doc 7    Filed 05/11/05    Entered 05/11/05 15:40:01    Pg 1 of 4

(Cause No. 04-202729-7) regarding the debt due and against the Contractor's Registration Bond (Bond No: B34221099) held by Gulf Insurance Corporation.

## II. REQUEST RELIEF FROM STAY TO COLLECT ON CONTRACTOR'S BOND

2.1 RCW 18.27.040(6) requires a contractor to maintain a Contractor's Registration Bond, and further requires a plaintiff to obtain a judgment against the contractor in order to obtain payment from such bond.

2.2 The Debtors are indebted to the Baddeleys in the unliquidated sum of $49,000, plus interest, for materials and services in the form of a retaining wall fraudulently or recklessly provided to the Baddeleys. Had it not been for the contractor's affirmative assurances, individually and through a Certified Professional Engineer, that the wall was constructed to manufacturer's specifications, the City of Liberty Lake would have ordered the wall dismantled and the Debtors would not have been paid, or would have been paid only a portion of the amount they collected from the Baddeleys. The wall was grossly out of spec and as a result, did not withstand the first winter and had to be deconstructed at the Baddeleys' expense.

Motion for Relief from Automatic Stay
Page 2

DONNA L. BEATTY
Attorney at Law
421 W. Riverside #610
Spokane, WA 99201
(509) 928-7414

2.3  RCW 18.27.040(6) requires a contractor to maintain a Contractor's Registration Bond, and further requires a plaintiff to obtain a judgment against the contractor in order to obtain payment from such bond.

2.4  A Bankruptcy Petition was filed on April 7, 2005 by the Debtors. The Baddeleys are seeking relief from the automatic stay imposed by 11 U.S.C § 362 to collect on the Bond.

## III. BASIS FOR MOTIONS

3.1  This motion is brought pursuant to 11 U.S.C. §362(d) upon the following grounds:

> (1) For cause, to allow the Baddeleys to obtain a judgment against the debtors;
>
> (2) To collect on a Contractor's Bond, a judgment must be obtained against the debtors;
>
> (3) There are claims in the lawsuit that are due and owing, and collectible from the Contractor's Bond.
>
> (4) For cause, to allow the Baddeleys to obtain a judgment against the debtors;

Motion for Relief from Automatic Stay
Page 3

DONNA L. BEATTY
Attorney at Law
421 W. Riverside #610
Spokane, WA 99201
(509) 928-7414

(5) To collect on a Contractor's Bond, a judgment must be obtained against the debtors;

(6) There are claims in the lawsuit that are due and owing, and collectible from the Contractor's Bond; and

(7) the Trustee did not claim this bond as an asset of the estate.

3.2     If objection is made to the entry of the order requested in this Motion, the Motion will be supported by affidavits and/or memorandum of authority.

3.3     Nothing in this Motion is intended to waive the right of the Baddeleys to submit to this Court an Objection to the Discharge of the debt owed in the matter of the aforementioned lawsuit now pending in Superior Court.

**WHEREFORE,** the movant prays that the automatic stay be lifted to permit the Baddeleys to obtain a judgment against the Debtors so that the Baddeleys may collect on the Contractor's Registration Bond identified herein.

Dated this 9th day of May, 2005

DONNA L. BEATTY, ATTORNEY AT LAW

By: *Donna L Beatty*
Donna L. Beatty
Attorney for Creditors Ryan and Holly Baddeley

Motion for Relief from Automatic Stay
Page 4

DONNA L. BEATTY
Attorney at Law
421 W. Riverside #610
Spokane, WA 99201
(509) 928-7414

05-02875-PCW7    Doc 7    Filed 05/11/05    Entered 05/11/05 15:40:01    Pg 4 of 4