DONNA L. BEATTY,
Attorney At Law
421 W. Riverside, Suite 610
Spokane, WA 99201
(509) 928-7414
WSBA # 29561
Attorney for Ryan & Holley Baddeley

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Seek, Gregory R., Seek Roxanne J, Gregory Ronald Seek d/b/a Creative Rock Landscape, d/b/a TRS Construction,**

Debtors,

Case No.: 05-02875-PCW7

**DECLARATION OF MAILING**

The undersigned states and declares as follows:

That at all times herein mentioned, I was and am a resident of the State of Washington, over eighteen (18) years of age, and competent to be a witness in the above-entitled action and not a party hereto.

That on the 14th day of July, 2005, I mailed by first class mail, a true and correct copy of the **NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY**, a copy of which is attached to this document, by depositing in the U.S. Mail, postage prepaid in envelopes addressed to all parties as noted on the Master Mailing List except two parties identified in court and other

DECLARATION OF MAILING -2

**FILED**

JUL 2 6 2005

T.S. McGREGOR, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

DONNA L. BEATTY
Attorney at Law
421 W. Riverside #610
Spokane, WA 99201
(509) 928-7414

records only as "Cochran," and "Dex-Media" a copy of which is attached to this document addressed to:

1. Attorney for Debtor:
   Robert C. Hahn
   Raugust & Hahn
   606 S. Pines
   Spokane Valley, WA 99206

2. Trustee:
   Bruce R. Boyden
   Law Offices of Bruce R. Boyden
   621 W. Mallon, Suite 509
   Spokane, Wa 99201

3. Debtors:
   Gregory Ronald Seek
   d/b/a Creative Rock Landscaping
   d/b/a TRS Construction
   517 S. Collins Ct.
   Spokane Valley, Wa 99216

I certify under penalty of perjury pursuant to the laws of the State of Washington that the foregoing is true and correct. (RCW 9A.72.085)

DATED at Spokane, Washington this 14th day of July, 2005.

_____
Melissa L. Coggin

DECLARATION OF MAILING -2

DONNA L. BEATTY
Attorney at Law
421 W. Riverside #610
Spokane, WA 99201
(509) 928-7414

| | | |
|---|---|---|
| Ace Hardware<br>4416 S. Regal<br>Spokane, Wa 99213 | Auto-Rain Supply<br>1311 N. Washington<br>Spokane, Wa 99019 | Banner Fuel<br>P.O. Box 4346<br>Spokane, Wa 99220 |
| Campbell, Oscar & Jane D.<br>3743 Sky Harbor Drive<br>Coeur d'Alene, ID 83834 | Clark, Joe & Jane Doe<br>4119 S. Myrtle<br>Spokane, Wa 99223 | Countrywide<br>P.O. Box 650225<br>Dallas, TX 75265 |
| Department of Labor & Indsut.<br>901 N. Monroe #100<br>Spokane, Wa 99201 | Financial Pacific Leasing<br>P.O. Box 34935<br>Seattle, Wa 98124-1935 | Gabrielson, Owen<br>Holland & Knight<br>2600 Pike Tower<br>520 Pike Street<br>Seattle, Wa 98101 |
| Associated Credit<br>120 N. Wall, Suite 350<br>Spokane, Wa 99201 | Baddeley, Ryan & Holley<br>1205 N. Lancashire<br>Liberty Lake, Wa 99019 | Barrowman, Rick & Jane D.<br>11767 SE 62nd<br>Bellevue, Wa 98006 |
| Bon-Macys<br>P.O. Box 4584<br>Carol Stream, IL 60197 | Capital One Services<br>P.O. Box 85167<br>Richmond, Va 23285-5167 | Clovis & Roche<br>P.O. Box 1164<br>Metairie, LA 70004 |
| Cook H. Lee<br>Stewart, Sokol & Gray<br>2300 SW 1st Avenue, Suite 200<br>Portland, OR 97201 | Courchaine, Sam<br>13108 E. Crisler<br>Spokane, Wa 99036 | Dex-Media<br>Dept. 334<br>Denver, CO 80271 |
| Ford & Grimes, P.S.<br>320 S. Sullivan<br>Spokane Valley, Wa 99037 | Gregory Seek<br>517 S. Collins Ct.<br>Spokane, Wa 99216 | Home Depot/Citibank<br>P.O. Box 9122<br>Des Moines, IA 50368 |
| Internal Revenue Service<br>Special Procedures Staff<br>915 2nd Avenue, M/S 244 | ITS Crane Services<br>P.O. Box 603<br>Hayden, ID 83835 | Labor Ready Northwest<br>P.O. Box 3708<br>Seattle, Wa 98124-3708 |
| Mervyns<br>P.O. Box 59316<br>Minneapolis, MN 55459 | Mutual Materials<br>P.O. Box 84743<br>Seattle, Wa 98124-6043 | Nelson, Paul T.<br>C/o Holland & Knight<br>2600 Pike Tower<br>520 Pike Street<br>Seattle, Wa 98101 |
| Rent-X<br>LA, CA 90074-7183 | Seco Construction Equipment<br>1001 SE Division<br>Portland, OR 97202 | State of Washington<br>Employment Security<br>P.O. Box 34949<br>Olympia, Wa 98507-9700 |

| | | |
|---|---|---|
| Industrial Credit Serv.<br>3150 Richards Road #102<br>Bellevue, Wa 99216 | Internal Revenue Service<br>920 W. Riverside MS W791S<br>Spokane, Wa 99201 | JC Penney<br>P.O. Box 960001<br>Orlando, FL 32896 |
| Logan, Jim & Amy<br>8107 N. Espe Road<br>Spokane, Wa 99207 | Miller, Jim & Shirley<br>3725 Sky Harbor Drive<br>Coeur d'Alene, ID 83814 | National Association of<br>P.O. Box 2606<br>Spokane, Wa 99220 |
| Providian Bank<br>P.O. Box 660737<br>Dallas, TX 75266 | Retailers National Bank<br>P.O. Box 59317<br>Minneapolis, MN 55459 | Sheffield Financial<br>P.O. Box 890012<br>Charlotte, NC 28289 |
| STI Northwest<br>11616 E. Montgomery Dr., #31<br>Spokane Valley, Wa 99206 | Sunrise Trucking<br>P.O. box 757<br>Otis Orchards, Wa 99027 | Transwestern Publishing<br>8344 Claremont Masa Blvd.<br>San Diego, CA 92111 |
| Tumble Stone<br>P.O. Box 603<br>Hayden Lake, ID 83855 | Vollmur, Richard<br>6415 E. 17th Avenue<br>Spokane, Wa 99216 | T-2 Services Inc.<br>12205 E. Empire<br>Spokane Valley, Wa 99206 |
| Transworld Systems<br>5880 Commerce Blvd.<br>Rohnert Park, CA 94928 | Valley Landscape Material<br>812 S. Dishman Road<br>Spokane, Wa 99206 | Wilbur-Ellis<br>7272 Payshere Circle<br>Chicago, IL 60674 |

COPY
ORIGINAL RECEIVED
JUL - 8 2005
T.S. McGREGOR CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON



DONNA L. BEATTY
Attorney for Plaintiff
Attorney At Law
421 W. Riverside, Suite 610
Spokane, WA 99201
(509) 928-7414

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

Seek, Gregory R., Seek Roxanne J, Gregory Ronald Seek d/b/a Creative Rock Landscape, d/b/a TRS Construction

NO.: 0502875-PCW7

NOTICE OF PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY

**TO PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:**

A Motion for Relief from Stay was filed by Ryan and Holly Baddeley on May 9, 2005 in the above entitled case (Docket Number: 7) as well as a Notice of Motion for Relief from Stay (Docket Number 8). That motion was filed with a Request for Waiver From Electronic Filing (Docket Number: 6). An objection to the Motion for Relief from Stay was filed on May 27, 2005, (Docket Number: 13) but was not mailed as instructed in the Notice of Motion for Relief from Stay.

\

Notice of Preliminary Hearing on Motion
for Relief from Automatic Stay
Page 1

DONNA L. BEATTY
Attorney at Law
421 W. Riverside #610
Spokane, WA 99201
(509) 928-7414

05-02875-PCW7    Doc 22    Filed 07/27/05    Entered 07/27/05 15:52:54    Pg 5 of 6

**PLEASE FURTHER TAKE NOTICE THAT:**

A preliminary hearing on the Motion for Relief from Stay is scheduled to be held on July 26, 2005 at 11:00. This hearing will be conducted telephonically with The Honorable Patricia C. Williams. Counsel must initiate this telephone conference by calling 509-353-3183.

Dated at Spokane, Washington this 8th day of July, 2005

By: *Donna L. Beatty*
Donna Beatty  WSBA 29561
421 W. Riverside, Suite 610
Spokane, WA 99201
(509) 928-7414
Attorney for Ryan and Holly Baddeley

Notice of Preliminary Hearing on Motion
for Relief from Automatic Stay
Page 2

DONNA L. BEATTY
Attorney at Law
421 W. Riverside #610
Spokane, WA 99201
(509) 928-7414

05-02875-PCW7    Doc 22    Filed 07/27/05    Entered 07/27/05 15:52:54    Pg 6 of 6